**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 27, 2025.**



In The

# Fifteenth Court of Appeals

---

### NO. 15-25-00048-CV

---

**SEED TO HARVEST REAL ESTATE, LLC, Appellant**

**V.**

**CAROLYN TURNER, Appellee**

---

**On Appeal from the 44th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-05065**

---

### MEMORANDUM OPINION

Appellant seeks to appeal a final judgment signed November 20, 2024. Appellant timely filed a motion for new trial on December 18, 2024. Appellant's deadline to file its notice of appeal, therefore, was February 18, 2025. *See* Tex. R. App. P. 26.1 (notice of appeal must be filed within 90 days after date judgment is

signed when appellant timely files post-judgment motion).  Appellant's notice of appeal was untimely filed on March 6, 2025.[1]

On May 1, 2025, Appellee filed a motion to dismiss for lack of jurisdiction because Appellant's notice of appeal was untimely.  Appellant asserts the notice of appeal was timely because it was filed within 30 days of when the motion for new trial was overruled by operation of law.  This argument is without merit. The deadline to file a notice of appeal is determined by the date "the judgment is signed," not from the date the post-judgment motion is overruled.  Tex. R. App. P. 26.1(a).

Accordingly, we grant Appellee's motion and dismiss the appeal for want of jurisdiction.  *See* Tex. R. App. 42.3(a).

/s/Scott K. Field
Scott K. Field
Justice

Panel consists of Chief Justice Brister and Justices Field and Farris.

---

[1] Appellant's deadline could have been extended to March 5, 2025, if it had filed either a motion for extension of time or a notice of appeal with a reasonable explanation for the late filing.  *See* Tex. R. App. 26.3 (allowing fifteen-day extension of notice of appeal deadline on appellant's motion); *see also Verburgt v. Dorner*, 959 S.W.2d 615, 617 (1997) (motion for extension of time implied when appellant files notice of appeal within fifteen days of deadline for filing notice of appeal); *In re B.G.*, 104 S.W.3d 565, 567 (Tex. App.—Waco 2002, no pet.) (implied motions for extension of time require reasonable explanation for late filing).  Appellant never sought an extension of time, and the notice of appeal was filed outside of this 15-day window.